In the Matter of ANTHONY L. CLAPES et al., Appellants, v TAX APPEALS TRIBUNAL OF THE STATE OF NEW YORK et al., Respondents.

Submitted April 30, 2007; decided May 8, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua

sponte, upon the ground that no substantial constitutional question is directly involved.